[No. 57672-1-I.  Division One.  May 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC MELVIN BIRNEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11503-0, Steven C. Gonzalez, J., entered January 23, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57689-5-I.  Division One.  May 7, 2007.]

LOUIS E. CHRISTEN ET AL., *Respondents*, v. JAMES D. GUETTLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-30514-4, James D. Cayce, J., entered January 3, 2006. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Schindler, A.C.J., and Cox, J.

[No. 57776-0-I.  Division One.  May 7, 2007.]

DELMAS PARKER, *Appellant*, v. AMERICAN NUMISMATIC ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-09863-7, Mary E. Roberts, J., entered January 20, 2006. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Dwyer, JJ.

[No. 57932-1-I.  Division One.  May 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLAN KIRK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-01709-5, Ronald L. Castleberry, J., entered February 15, 2006. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Ellington, JJ.